UNITED STTES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**COLIN SPEER,**

    **Plaintiff,**

**v.**

                                **Case No: 8:14-cv-03035-RAL-TBM**

**WHOLE FOODS,**

    **Defendant.**

_____/

## PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

☐    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

☒    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated this 22nd day of December, 2014.

        Respectfully submitted,

        */s/ Brandon J. Hill*
        **LUIS A. CABASSA**
        Florida Bar Number: 053643
        Direct Dial: 813-379-2565
        **BRANDON J. HILL**
        Florida Bar Number: 37061
        Direct Dial: 813-337-7992
        **WENZEL FENTON CABASSA, P.A.**
        1110 North Florida Ave., Suite 300
        Tampa, Florida 33602
        Main No.: 813-224-0431
        Facsimile: 813-229-8712
        Email: lcabassa@wfclaw.com
        Email: bhill@wfclaw.com
        Email: mkimbrou@wfclaw.com
        Email: jriley@wfclaw.com
        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of December, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Whole Foods Market Group
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

        */s/ Brandon J. Hill*
        Brandon J. Hill