**UNITED STTES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**COLIN SPEER,**

    **Plaintiff,**

**v.**

                                     **Case No: 8:14-cv-03035-RAL-TBM**

**WHOLE FOODS,**

    **Defendant.**

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, **COLIN SPEER**, hereby discloses the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% of more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

        **Colin Speer – Plaintiff**

        **Luis A. Cabassa – Attorney for Plaintiff**

        **Wenzel Fenton Cabassa, P.A. – Counsel for Plaintiff**

        **Whole Foods Market Group    – Defendant**

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Colin Speer.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict

Dated this 22nd day of December, 2014.

Respectfully submitted,

*/s/ Brandon J. Hill*
**LUIS A. CABASSA**
Florida Bar Number: 053643
Direct Dial: 813-379-2565
**BRANDON J. HILL**
Florida Bar Number: 37061
Direct Dial: 813-337-7992
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
Email: mkimbrou@wfclaw.com
Email: jriley@wfclaw.com
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 22nd day of December, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Whole Foods Market Group
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

/s/ *Brandon J. Hill*
Brandon J. Hill