**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

COLIN SPEER, on behalf of himself and all
similarly situated individuals,

    Plaintiff,

v.                                             CASE NO.  8:14-cv-3035-T-26TBM

WHOLE FOODS MARKET GROUP, INC.,

    Defendant.
_____/

**O R D E R**

    **UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff's counsel's written submission, it is **ORDERED AND ADJUDGED** that the Plaintiff's Unopposed Motion for Attorneys' Fees and Costs and a Class Representative Service Award (Dkt. 63) is **granted.**  Plaintiff's counsel is awarded a fee consisting of one-third of the common fund and costs in the sum of $2,755.00.  The named Plaintiff, Colin Speer, is awarded an incentive award of $2,500.00.

    **DONE AND ORDERED** at Tampa, Florida, on October 9, 2015.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record